FILED
③
MAY 28 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Your Name:    James Ellis Johnson
2  Address:      1819 Golden Gate Ave. #12, S.F. 94115
3  Phone Number: 415-624-5011
4  Fax Number:   415-563-1975
5  E-mail Address: jamesellisjohnson@Yahoo.com
6  Pro Se Plaintiff

DMR

## United States District Court
## Northern District of California

**CV 13 2405**

James Ellis Johnson

Plaintiff(s),

vs.

United States of America
and the City and
County of San
Francisco

Defendant(s).

Case Number: _____

**COMPLAINT**

**DEMAND FOR JURY TRIAL**
Yes ☑  No ☐

1. **Parties in this Complaint**

   a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

   Name: James Ellis Johnson
   Address: 1819 Golden Gate Ave. #12
   San Francisco, Ca. 94115
   Phone number: 415-624-5011, fax 415-563-1975

COMPLAINT
PAGE 1 OF 11 [VLSP TEMPLATE]

1  b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is*
2  *a corporation, write the state where it is incorporated and the state where it has its main place of*
3  *business. Use more pages if you need to.*
4  **Defendant 1:** Melinda L. Haag, United States Attorney
5  Name: For Northern District of California
6  Address: 450 Golden Gate Ave., 11th Floor
7  San Francisco, Cal. 94102
8  **Defendant 2:** Dennis J. Herrera, City Attorney
9  Name: City and County of San Francisco
10 Address: Fox Plaza, 1390 Market Street, 7th Floor
11 San Francisco, Cal. 94102-5408
12 **Defendant 3:** C. Diana Nicoll, Lawrence H. Carroll, Ruth
13 Name: Patience-Midcap, Sheila M. Cullen, Owetdia Dupree
14 Address: Department of Veterans Affairs, Medical Center
15 4150 Clement Street, San Francisco, Cal. 94121
16 **Defendant 4:** Mayor of San Francisco
17 Name: Edwin M. Lee and Sheriff Ross Mirkarimi
18 Address: Fox Plaza, 1390 Market Street, 7th Floor
19 San Francisco, Cal. 94102-5408
20 **2. Jurisdiction**
21   Usually, only two types of cases can be filed in federal court: cases involving "federal
22 questions" and cases involving "diversity of citizenship." Check at least one box.
23 [☑] My case belongs in federal court under federal question jurisdiction because it is
24 about federal law(s) or right(s). Due process: Fifth, and Fourteenth
25 Which law(s) or right(s) are involved? Amendments of the U.S. Constitution
26 1st Degree Criminal assault, with Malice intented on a
27 [☐] Disabled person. False Arrest, False Imprisonment, etc.
   My case belongs in federal court under diversity jurisdiction because none of the plaintiffs
28 live in the same state as any of the defendants AND the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 11 [VLSP TEMPLATE]

3. **Venue**

This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because _all issuses in this case took place in the city of San Francisco._

4. **Intradistrict Assignment**

There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.

This lawsuit should be assigned to [Select one: San Francisco/Oakland, San Jose, OR Eureka] Division of this Court because _all issuses in this case arise out of San Francisco_

5. **Statement of Facts and Claims**

Write a short and simple description of the _facts_ of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered

COMPLAINT
PAGE _3_ OF _11_ [VLSP TEMPLATE]

paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You may attach documents that support your claims to the end of this Complaint as exhibits. Explain what each exhibit is, when and how you got it, and how it supports your claims. Attaching a document to your Complaint does <u>not</u> necessarily mean that it will be accepted as evidence.

This suit covers three claims that were filed. One against the City and County of San Francisco, for complicity. And two against the Department of Veterans Affairs, now the Defendant United States. The timing of this suit is based on a legal deadline to file on the claims dated 16 August 2012, which has a deadline of 29 May 2013. The three claims are put together in one suit, because they are related. One grew out of the other.

You are a Terrorist, this is how Cerene Howard, Office of Regional Counsel for the Department of Veteran Affairs addressed Plaintiff. For years V.A. San Francisco Medical Center has slandered Plaintiff, by putting in a national Federal computer that Plaintiff had committed violent acts against V.A. staff members, had threaten act of violents And tryed to attack staff members

COMPLAINT
PAGE 4 OF 11 [VLSP TEMPLATE]

with a cause. There was never any due process as called for under the Fifth, and Fourteenth Amendments to the U.S. Constitution. There reasons for keeping a Behavioral Flag in a national Computer system on Plaintiff from 2004 to present were all fabricated. And the situations that took place in May of 2006 and March of 2007, were never both to hearing, as called for under the 14th Amendment to the U.S. Constitution. Plaintiff was in Court against the Defendant's (see Case # C10-06472 R). Plaintiff had been banned from coming to V.A. San Francisco, from March of 2007. To undermine Plaintiff suit against the Defendant's, the Defendant's took away Plaintiff's fee-bases Medical card. Forcing Plaintiff's to come back to V.A. San Francisco, for needed Medical care. The Defendant's took Plaintiff's fee-bases Medical card away in late July of 2011. But Plaintiff was not allowed a appointment in the hospital till late October 2013. This undermined Plaintiff's efforts
COMPLAINT
PAGE 5 OF 11 [VLSP TEMPLATE]

to bring together nor V.A. Medical reports for his case against the Defendant's (case # C10-0647 LB). Facts will show that the Defendant's did not bring Plaintiff back to give him needed medical care, but both him back, to have the hospital police thu cuts of terror, torture and criminal assault, attempted to run Plaintiff off, forcing a disabled service connected Veteran with a 100% benefits rating to pay for his own medical care. This was said to Plaintiff by the federal policemen that assaulted Plaintiff on January 30, 2012. "Go pay for your own medical care". Plaintiff now had rotator cuff tears and torn tendons in both shoulders. With theses injuries Plaintiff was hand cuffed behind his back for hours this was torture, a criminal act. It was all terror. And given that much of this began 9 days befor Plaintiff dead line to file a answering brief on Defendant's summary Judgment motion. It was clear it was mint to undermine Plaintiff's

COMPLAINT
PAGE 6 OF 11 [VLSP TEMPLATE]

1. legal efforts in a federal suit
2. a crime, within its self. All
3. Plaintiff's Medical appointments till
4. the dead line date for Plaintiff's
5. brief. was met with 3 to 4
6. intimidating V.A. federal policemen.
7. To date Plaintiff's has had
8. operations on both shoulders.
9. Penning a operation on his
10. back. After words it will be
11. determine if Plaintiff's needs a
12. operation on his neck. Plaintiff's
13. three claims filed give more
14. understanding as to what took
15. place. They are presented as
16. Plaintiff's Exhibit #1.
17. Exhibit #2, Letters from the
18. Defendant's denying the claims
19. and or failing to answer the
20. claim in the 180 day allowed.
21. Exhibit #3, two of four known
22. behavioral flags that were put
23. in a national federal computer
24. systems; for years, and to this
25. very day. In which the Plaintiff
26. was denyed due-process.
27. Exhibit #4, Order of Behavioral
28. Restriction, again there was know

COMPLAINT

due-process, note that Exhibit #3 the date has been changed to 15 May 2013, but it content's still contradict the August 22, 2011 letter address to Plaintiff. Both are slander. But only the August 22, 2011 letter, was ever address to plaintiff. The Defendant's changed the record to cover up what they did that caused the Plaintiff to be beaten by there police.

To undermine a case in a federal court is a criminal act. To have someone with his hand on his weapon the hold time following someone around is terrorizing that person. Saying to that person, over, and over again you are going to be arrested.

You can not deni a disable veteran medication, are medical care for his service connected injury. And if the veteran has a 100% rating he can not be refused any medical care. But the V.A. allowed there police to

COMPLAINT
PAGE 8 OF 11 [VLSP TEMPLATE]

do just that. The Federal Policeman who assaulted Plaintiff on January 30th, 2012, said on a later date "leave and go pay for your own medical care. On another date, after preventing Plaintiff from going to a medical apointment. After forcing Plaintiff to the bus stop to leave. He said to the policeman that was with him. "Do you want him coming here".

Reason for Suit.
1. Staging conflicts situations in order to maintain a warning flag in a national computer.
2. Violation of Mr Johnson's right to due-process.
3. Slander
4. False Arrest
5. Public Humiliation
6. False imprisonment
7. 1st. Degree Criminal assault with malice intented on a disabled person.
8. Pain and Suffering, cause by violent injury.

COMPLAINT
PAGE 9 OF 11 [VLSP TEMPLATE]

9. Torture, and terrorizing a disabled person.

1. Demand from Defendant United States
A. That criminal charges be filed against the policeman that beat Plaintiff on 30 January 2012
B. Remove all Behavioral Flags from federal national Computers.
C. Issue Plaintiff a Medical Card so Plaintiff know longer has to recieve Care at a V.A. Medical Center
D. Pay Plaintiff $2,075,00.00

2. Demand from Defendant, City and County of San Francisco.
A. Pay 20% Medical costs after Medi-care
B. Pay Plaintiff $500,000.00

COMPLAINT
PAGE 10 OF 11 [VLSP TEMPLATE]

## 6. Demand for Relief

State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.

_Demand for relief presented on pg. 10, the reasons presented on pg. 9_

## 7. Demand for Jury Trial

Check this box if you want your case to be decided by a jury, instead of a judge.

☑ Plaintiff demands a jury trial on all issues.

All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.

Respectfully submitted,

Date: 28 May 2013    Sign Name: _[signature]_
                     Print Name: James Ellis Johnson

COMPLAINT
PAGE 11 OF 11 [VLSP TEMPLATE]