DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3936
Facsimile:    (415) 554-3837
E-Mail:       brad.russi@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES ELLIS JOHNSON, | Case No. CV 13-02405 DMR |
|---|---|
| Plaintiff, | **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; DECLARATION OF BRADLEY A. RUSSI; AND [~~PROPOSED~~] ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. | |

Pursuant to Local Rule 6-3, Defendant City and County of San Francisco ("the City") requests an extension of time to file a pleading responsive to Plaintiff's Complaint. The City makes this request based on the following circumstances:

1. On May 28, 2013, Plaintiff filed the Complaint in this litigation. Plaintiff served the Complaint on the Mayor's Office on May 29, 2013.

2. On June 4, 2013, Plaintiff completed service on the City, by serving a summons on the Mayor's Office. A responsive pleading is therefore due on June 25, 2013.

3. Lead counsel of record in this case for the City is Bradley A. Russi, Esq., of the Office of the San Francisco City Attorney. Mr. Russi first learned about this litigation on June 12, 2013, when he was assigned the case.

4. Since being assigned the case, Mr. Russi has been busy preparing a motion for summary judgment in another matter (C-12-00045-JST) and preparing for a trial (C-11-4911-JSC). Over the next several weeks, Mr. Russi will be involved in further trial preparations, depositions, and briefing in other matters.

5. The City believes that Plaintiff has failed to plead sufficient facts to state a claim for relief against it. Indeed, Plaintiff appears to be complaining about the actions of employees of the Veteran's Administration who arrested him, not about actions of the City. As a result, the City intends to file a motion to dismiss under Rule 12(b)(6) and believes that the case should be disposed of as to the City at the pleading stage. In light of counsel's schedule, a brief extension of time is needed in order for the City to prepare the motion.

6. The City requests that the deadline to file a responsive pleading be extended from June 25, 2013 to July 12, 2013. Plaintiff will not be prejudiced in any way by this brief extension. Assuming that Plaintiff has properly served the federal defendants, their responsive pleading is not due until sixty days after service. Fed. R. Civ. Pro. 12(a)(2)-(3). Thus, this case will not be at issue for several months, at the earliest.

7. The City met and conferred with Plaintiff regarding this requested extension by letter dated June 19, 2013. Plaintiff responded by letter dated June 21, 2013, refusing the City's requested seventeen-day extension.

For the reasons stated above, the City requests that the deadline for the City's responsive pleading be extended to July 12, 2013.

Dated:  June 24, 2013

>DENNIS J. HERRERA
>City Attorney
>CHERYL ADAMS
>Chief Trial Attorney
>BRADLEY A. RUSSI
>Deputy City Attorney
>
>By:   */s/ Bradley A. Russi*
>        BRADLEY A. RUSSI
>
>Attorneys for Defendant
>CITY & COUNTY OF SAN FRANCISCO

**[PROPOSED] ORDER**

Based on the above motion and for good cause appearing, the Court ORDERS as follows: the motion is GRANTED.  The deadline for the City and County of San Francisco to file a responsive pleading shall be July 12, 2013.

Dated: _____Lxn{ "7."4235_____          _____
                                            **The Honorable Donna M. Ryu**
                                            **United States Magistrate Judge**