**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON, | No. C-13-2405 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS** |
| UNITED STATES OF AMERICA, *et al.*, | **(Docket No. 69)** |
| Defendants. | |
| _____/ | |

Plaintiff, James Ellis Johnson, a United States veteran, brought suit against the United States and various other defendants alleging police misconduct and improper denial of his veterans benefits. Pending before the Court is Plaintiff's motion for sanctions against counsel for the United States ("Counsel") pursuant to Federal Rules of Civil Procedure 11(c). Docket No. 69. Plaintiff moves for sanctions on the following grounds: Counsel did not attempt to file a joint case management statement with Plaintiff, in violation of the Court's Standing Order; Counsel, in response to the Court's Order to Show Cause that the United States file a statement indicating whether Plaintiff's claim form had been received (Docket No. 65), filed not just a statement but the entire set of documents Plaintiff had sent with the claim form; and Counsel filed a supplemental case

///
///
///
///
///

management statement updating the Court on the status of an "order of behavioral restriction" (Docket No. 67), which is at issue in the suit. These are not grounds for sanctions. Thus, the Court **DENIES** Plaintiff's motion for sanctions.

This order disposes of Docket No. 69.

IT IS SO ORDERED.

Dated: December 12, 2013

_____
EDWARD M. CHEN
United States District Judge