1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  BRADLEY A. RUSSI, State Bar #256993
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3964
6  Facsimile:     (415) 554-3837
   E-Mail:        brad.russi@sfgov.org

7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

9

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  JAMES ELLIS JOHNSON,                    Case No. CV 13-02405 EMC

14        Plaintiff,                        STIPULATION AND [PROPOSED] ORDER
                                            REGARDING BRIEFING SCHEDULE ON
15        vs.                               MOTION TO DISMISS OF CITY AND
                                            COUNTY OF SAN FRANCISCO AND
16  UNITED STATES OF AMERICA, CITY          CONTINUING CASE MANAGEMENT
    AND COUNTY OF SAN FRANCISCO,            CONFERENCE

17
          Defendants.                       Trial Date:        Not Set
18

19

20

21

22

23

24

25

26

27

28

On February 24, 2014, Defendant City and County of San Francisco filed a motion to dismiss the amended complaint. The parties stipulate that due to the unavailability of counsel for the City, the City may file its reply brief in support of the motion on or before April 3, 2014.

A further case management conference in this matter is set for March 27, 2014. The parties stipulate and agree to continue the case management conference to April 17, 2014, at 1:30 p.m., to be heard in conjunction with the motions to dismiss of Defendant United States and Defendant City and County of San Francisco.

The parties request that the Court enter the attached proposed order regarding the briefing schedule on the City's motion to dismiss and continuing the case management conference.

Dated: February 25, 2014

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
BRADLEY A. RUSSI
Deputy City Attorney

By: _/s/ Bradley A. Russi_
BRADLEY A. RUSSI
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: February 25, 2014

MELINDA HAAG
UNITED STATES ATTORNEY

By: _/s/ James A. Scharf*_
JAMES A. SCHARF
Assistant U.S. Attorney

Dated: February ___, 2014

By:_____
JAMES E. JOHNSON
Plaintiff

* Pursuant to General Order 45, § X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

Stip. & Proposed Order
CASE NO.   **CV 13-02405 EMC**

2

n:\lit\li2013\131215\00906238.doc

On February 24, 2014, Defendant City and County of San Francisco filed a motion to dismiss the amended complaint. The parties stipulate that due to the unavailability of counsel for the City, the City may file its reply brief in support of the motion on or before April 3, 2014.

A further case management conference in this matter is set for March 27, 2014. The parties stipulate and agree to continue the case management conference to April 17, 2014, at 1:30 p.m., to be heard in conjunction with the motions to dismiss of Defendant United States and Defendant City and County of San Francisco.

The parties request that the Court enter the attached proposed order regarding the briefing schedule on the City's motion to dismiss and continuing the case management conference.

Dated: February 24, 2014

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
BRADLEY A. RUSSI
Deputy City Attorney

By: /s/ Bradley A. Russi
BRADLEY A. RUSSI
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: February 24, 2014

MELINDA HAAG
UNITED STATES ATTORNEY

By: _____
JAMES A. SCHARF
Assistant U.S. Attorney

Dated: February ⩗, 2014

By _____
JAMES E. JOHNSON
Plaintiff

**[PROPOSED] ORDER**

Pursuant to the above stipulation, IT IS HEREBY ORDERED that Defendant City and County of San Francisco may file a reply brief in support of its motion to dismiss the amended complaint on or before April 3, 2014.  The Court further orders that the case management conference presently set for March 27, 2014 at 10:30 AM be continued to April 17, 2014 at 1:30 PM in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  A joint case management conference statement is due on or before April 10, 2014.

Dated: _____   2/25/14

HONORABLE
UNITED



Judge Edward M. Chen

**PROOF OF SERVICE**

I, MONICA TREJO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On February 25, 2014, I served the following document(s):

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS OF CITY AND COUNTY OF SAN FRANCISCO AND CONTINUING CASE MANAGEMENT CONFERENCE

on the following persons at the locations specified:

James Ellis Johnson
1819 Golden Gate Ave., #12
San Francisco, CA 94115
Tel: (415) 624-5011
Fax:(415) 563-1975
Email: jamesellisjohnson@yahoo.com

*Pro Per*

in the manner indicated below:

☒    **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed February 25, 2014, at San Francisco, California.

*/s/ Monica Trejo*
MONICA TREJO