1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX TSE (CSBN 152348)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
      150 Almaden Blvd., Suite 900
5     San Jose, California 95113
      Telephone:  (408) 535-5044
6     Facsimile:    (408) 535-5081
      Email: james.scharf@usdoj.gov
7
   Attorneys for Defendant USA
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13
   JAMES ELLIS JOHNSON,                    Case No. C 13-02405 EMC
14
        Plaintiff,                         DEFENDANT USA'S UNOPPOSED
15                                         ADMINISTRATIVE MOTION TO
        v.                                 EXTEND TIME TO FILE REPLY
16
   UNITED STATES, et al.,
17
        Defendants.
18

19

20
           PLEASE TAKE NOTICE that, pursuant to Civil L. R. 7-11, defendant USA hereby requests the
21
   Court to extend by just two days the time for it to file its reply in support of its motion to dismiss
22
   plaintiff's amended complaint to and including April 3, 2014.  Plaintiff does not oppose this request.
23
           Per Court Order, plaintiff's opposition to defendants' pending motions to dismiss was due March
24
   25, 2014; defendant USA's reply is due on April 1, 2014; and defendant City and County of San
25
   Francisco's reply is due April 3, 2014.  Document 93.  Plaintiff filed his opposition on March 25, 2014.
26

27
   Case No. C 13-02405 EMC
28 DEFENDANT USA'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE
   REPLY                                           1

1   However, defendant USA did not receive it until the afternoon of March 27, 2014, when it appeared on

2   PACER.

3          Plaintiff's opposition to defendant USA's motion to dismiss is seventeen pages of text, not

4   including thirty-four pages of exhibits.  Documents 95 and 96.  Defense counsel will be on annual leave

5   on March 28, 2014.  Although plaintiff's arguments lack merit, defendant USA would like the full seven

6   days contemplated by the Federal Rules of Civil Procedure and this Court's Local Rules to prepare a

7   reply.  Thus, defendant USA would like to file its reply on or before April 3, 2014, which is the same

8   day that co-defendant City and County of San Francisco will file its reply per the Court's briefing

9   schedule.  This should not delay the April 18, 2014, hearing date on the pending motions to dismiss.

10          In a telephone conversation on March 27, 2014, plaintiff told the undersigned that he did not

11   oppose this request.

12

13                                              Respectfully submitted,

14   DATED:  March 27, 2014                      MELINDA HAAG
                                                 United States Attorney

15

16

17                                              /S/_____
                                                 JAMES A. SCHARF
                                                 Assistant United States Attorney

18                                              Attorneys for Executive and Senator Defendants

19                                 [PROPOSED] ORDER

20          Good cause appearing, and pursuant to the agreement of the parties, the date by which defendant

21   USA must file its reply in support of its motion to dismiss plaintiff's amended complaint is continued

22   from April 1, 2014, to April 3, 2014.

23          SO ORDERED

24
                     27
25          DATED:   March ___, 2014          _____
                                              Hon.  Edward M. Chen
26                                            United States District

27
     Case No. C 13-02405 EMC
28   DEFENDANT USA'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE
     REPLY                                          2

APPROVED

Judge Edward M. Chen

1

2

CERTIFICATE OF SERVICE

3

      The undersigned hereby certifies that she is an employee of the Office of the United States

4

Attorney for the Northern District of California and is a person of such age and discretion to be

5

competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

6

7

**DEFENDANT USA'S UNOPPOSED ADMINISTRATIVE**
**MOTION TO EXTEND TIME TO FILE REPLY**

8

**JAMES ELLIS JOHNSON v. UNITED STATES OF AMERICA, et al**
**No. CV 13-02405 EMC**

9

to be served this date upon the party(ies) as follows:

10

  √     FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the

11

designated area for outgoing U.S. mail in accordance with this office's practice.

to the parties addressed as follows:

12

13

**James Ellis Johnson**
**1819 Golden Gate Avenue, #12**

14

**San Francisco, CA 94115**

15

16

      I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

17

18

      Executed this 27th day of March 2014, at San Jose, California.

19

/s/ *Mimi Lam*

20

_____

  Mimi Lam

21

Legal Assistant

22

23

24

25

26

27

28