1

2

3

4                                UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7    JAMES ELLIS JOHNSON,                           Case No. 13-cv-02405-JD

                    Plaintiff,
8
                                                    **ORDER ON PLAINTIFF'S MOTIONS**
            v.
9                                                   Re: Dkt. Nos. 120, 121, 127

10   UNITED STATES OF AMERICA, et al.,

                    Defendants.
11

12

13                                      **INTRODUCTION**

14          Plaintiff James Ellis Johnson, who is litigating this action pro se, has asked the Court for

15   various relief in several motions.  *See* Dkt. Nos. 120, 121, and 127.  These motions are appropriate

16   for disposition without oral argument under Civil Local Rule 7-1(b).

17   **I.     Motion Requesting To Have Security Personnel Removed From the Courtroom**

18          Mr. Johnson asks that the Court remove the "federal police with there [*sic*] guns from the

19   courtroom" as "there presents [*sic*] shows a prejudgment on the part of the Court."  Dkt. No. 120

20   at 2.  The request is frivolous and is denied.  U.S. Marshal and Courtroom Security Officer

21   personnel are responsible for ensuring the safety and security of federal courtrooms and

22   courthouses.  Their presence is routine.  Mr. Johnson has not proffered any facts or identified any

23   reason that even remotely supports his request.  This is not an invitation for additional briefing on

24   this issue, and the Court instructs Mr. Johnson not to submit any more motions, requests for

25   reconsideration or any other briefing on this issue.

26   **II.    Motion Regarding Reconsideration**

27          Mr. Johnson seeks reconsideration of the Court's Order dated June 12, 2014, (Dkt. No.

28   118), under California Code of Civil Procedure § 1008(a).  Dkt. No. 121.  That order denied Mr.

United States District Court
Northern District of California

1    Johnson's prior request for reconsideration.  *See* Dkt. No. 118.  Reconsideration is denied.  *Id.*

2    To obtain reconsideration, the moving party must show: (1) "a material difference in fact

3    or law exists from that which was presented to the Court before entry of the interlocutory order for

4    which reconsideration is sought;" (2) "[t]he emergence of new material facts or a change of law

5    occurring after the time of such order;" or (3) "manifest failure by the Court to consider material

6    facts or dispositive legal arguments which were presented to the Court before such interlocutory

7    order."  Civ. L.R. 7-9(b).

8    Mr. Johnson does not satisfy any of these threshold showings.  He does not point to a

9    subsequent change in fact or law, or a failure by the Court to consider facts or arguments

10    previously presented.  While Mr. Johnson disagrees with the Court's ruling on the United States

11    and the City and County of San Francisco's motions to dismiss, a motion for reconsideration may

12    not be brought "merely because Plaintiff is unhappy with the judgment . . . or because he disagrees

13    with the ultimate decision."  *Bridgeman v. Peralta*, No. 11-2132 WQH, 2011 WL 5830427, at *1

14    (S.D. Nov. 18, 2011).  The Court directs Mr. Johnson not to file any further briefs or submissions

15    on this issue.

### III.    Motion To Deny Deposition

17    Mr. Johnson asks that the Court "deny" defendant the United States' notice to depose him.

18    Dkt. No. 127.  The request is denied.  The Court reminds Mr. Johnson that his filings must comply

19    with this Court's standing orders.  The Court's Standing Order for Discovery In Civil Cases

20    provides that all discovery disputes -- which includes any disputes about depositions -- must be

21    raised with the Court in a letter no longer than three pages, which may be filed only after the

22    parties have met and conferred in person.  Mr. Johnson must comply with the Court's standing

23    orders while appearing pro se.

24    The United States is entitled under the Federal Rules of Civil Procedure to take Mr.

25    Johnson's deposition, so the motion is denied.  *See* Fed. R. Civ. P. 30(a)(1).  Under Civil Local

26    Rule 30-1, the United States must "confer about the scheduling of the deposition with opposing

27    counsel or, if the party is pro se, the party."  The Court's Standing Order imposes the same

28

United States District Court
Northern District of California

1   obligation.  The Court expects the United States to confer with Mr. Johnson to determine a date

2   for his deposition that comports with his recovery from surgery.

3   **IT IS SO ORDERED.**

4   Dated: August 4, 2014

5   _____

6   JAMES DONATO
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

3

1
2
3
4
UNITED STATES DISTRICT COURT
5
NORTHERN DISTRICT OF CALIFORNIA
6
7   JAMES ELLIS JOHNSON,                          Case No.  13-cv-02405-JD

          Plaintiff,
8
       v.                                          **CERTIFICATE OF SERVICE**
9
10  UNITED STATES OF AMERICA, et al.,

          Defendants.
11
12       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13  District Court, Northern District of California.

14       That on 8/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.
16
    James Ellis Johnson
17  1819 Golden Gate Avenue, #12
    San Francisco, CA 94115
18
19
20  Dated: 8/4/2014
21
22                                                 Richard W. Wieking
                                                   Clerk, United States District Court
23
24
25  By:_____
                                                   LISA R. CLARK, Deputy Clerk to the
26                                                 Honorable JAMES DONATO
27
28

                                                   4

United States District Court
Northern District of California