UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-02405-JD<br><br>**ORDER REGARDING DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 132 |

　　　The Court invites Mr. Johnson to respond to the United States' discovery letter, (Dkt. No. 132), by August 13, 2014.  Mr. Johnson should state his objections to the requested discovery and propose a more narrow scope of the discovery that he believes would be appropriate.

　　　**IT IS SO ORDERED.**

Dated: August 5, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>   Defendants. | Case No.  13-cv-02405-JD<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on 8/6/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Ellis Johnson
1819 Golden Gate Avenue, #12
San Francisco, CA 94115

Dated: 8/6/2014

             Richard W. Wieking
             Clerk, United States District Court

             By *Lisa R. Clark*
             LISA R. CLARK, Deputy Clerk to the
             Honorable JAMES DONATO