UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.   13-cv-02405-JD<br><br>**DISCOVERY ORDER** |

The Court has received Mr. Johnson's discovery letter. In light of his election to maintain the emotional distress claim, the Court orders production of Mr. Johnson's psychiatric records from 2/20/2011 to the present, which Mr. Johnson agreed to at the hearing. The Court orders the Veterans Administration to redact Dr. Jessica A. Lohnberg's April 26, 2013 Progress Note in Mr. Johnson's VA Palo Alto file.

**IT IS SO ORDERED**.

Dated: February 20, 2015

_____
JAMES DONATO
United States District Judge