UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 13-cv-02405-JD<br><br>**ORDER RE REQUEST FOR EXTENSION**<br><br>Re: Dkt. No. 159 |

As stated in the Court's prior order, Mr. Johnson cannot amend his pleadings without prior leave of this Court. Dkt. No. 119. If Mr. Johnson has anything genuinely new to allege, he may do so within 10 days of this order. The Court emphasizes that Mr. Johnson cannot replead or try to repackage any claims the Court has already dismissed.

**IT IS SO ORDERED.**

Dated: March 25, 2015

                                                          _____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No.  13-cv-02405-JD<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 3/25/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Ellis Johnson
1819 Golden Gate Avenue, #12
San Francisco, CA 94115


Dated: 3/25/2015


                              Richard W. Wieking
                              Clerk, United States District Court



                              By: /s/ Lisa R. Clark
                              LISA R. CLARK, Deputy Clerk to the
                              Honorable JAMES DONATO

2