UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON, <br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, <br> Defendant. | Case No. 13-cv-02405-JD <br><br> **ORDER** |

The Court has reviewed pro se plaintiff James Ellis Johnson's reply in support of his request for an extension of time. The Court had already granted an extension to plaintiff before the reply was filed, dkt. no. 164, so the reply was not necessary.

Plaintiff raises a discovery dispute in the reply. While this approach is not proper under the Court's standing orders, among other rules, the Court addresses it here. Mr. Johnson asks that the Court bar defendant from discovering medical records prepared by healthcare providers other than the VA. The request is denied. As the Court has discussed before with Mr. Johnson, his claims against defendant put his physical and mental health in issue. Consequently, defendant is entitled to all medical records relating to the January 30, 2012 incident alleged in the amended complaint, whether prepared at the VA or anywhere else, and is also entitled to know the identities of all healthcare providers who treated plaintiff for the injuries he sustained that day.

Plaintiff also refers to an alleged break-in of his home that resulted in the loss of documents and other materials relating to the case. The Court understands that Mr. Johnson blames the defendant for the break-in, but this allegation is not supported by any cognizable

1  evidence and is far outside anything relevant to the case.  The Court does not intend to issue any
2  rulings on it at this time.
3  **IT IS SO ORDERED.**
4  Dated: May 21, 2015

_____
JAMES DONATO
United States District Judge