UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.  13-cv-02405-JD   (NJV)<br><br>**ORDER RE DISCOVERY MOTIONS**<br><br>Re: Dkt. Nos. 191, 192, 194, 195 |

On September 23, 2015, Plaintiff filed various discovery motions.  Defendants shall file a letter brief addressing <u>only</u> Docket Nos. 191, 192, 194, and 195 no later than 4:30 p.m. on October 2, 2015.  The letter brief shall not exceed three pages.  The matter shall be heard via telephonic conference on October 16, 2015 at 1:00 p.m.  The parties shall attend the telephonic conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: September 29, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge