UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 13-cv-02405-JD<br><br>**ORDER RE SCHEDULE**<br>Re: Dkt. Nos. 188, 193, 204, 205 |

On September 28, 2015, the Court vacated pretrial conference and trial dates in light of the Court's referral of the case to Magistrate Judge Maria-Elena James for settlement. Dkt. No. 197. The Court now stays the case through the settlement conference with Magistrate Judge James, currently scheduled for October 16, 2015. Dkt. No. 190. Accordingly, the dates set in the Amended Scheduling Order (Dkt. No. 197) are vacated. The November 24, 2015 hearing date for the partial summary judgment motion (Dkt. No. 188) is vacated. *See* Dkt. No. 201. Plaintiff need not respond to the motion at this time. *See* Dkt. No. 205. A new scheduling order will issue after the settlement conference. *See* Dkt. No. 204.

The discovery matters that have been referred to Magistrate Judge Vadas pursuant to Civil Local Rule 72-1 may continue or may be stayed at the discretion of Magistrate Judge Vadas. *See* Dkt. Nos. 170, 193, 206.

**IT IS SO ORDERED.**

Dated: October 13, 2015

_____
JAMES DONATO
United States District Judge