UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 13-cv-02405-JD<br><br>**ORDER**<br>Re: Dkt. Nos. 219, 221 |

The Court has received plaintiff's filings about extension of the deadline for expert disclosures and for leave to seek reconsideration of the Court's November 13, 2015 order overruling plaintiff's objections to Magistrate Judge Vadas' October 16, 2015 discovery order (Dkt. No. 212). Dkt. Nos. 219, 221.

The Court appreciates plaintiff's efforts to move forward with expert discovery and extends the deadline for plaintiff to file his opening expert report to December 30, 2015. If plaintiff files an expert report by that date, defendant may file a responsive report by January 13, 2016. The Court does not extend any other deadlines. Plaintiff's deadline to oppose defendant's motion for partial summary judgment (Dkt. No. 188) remains December 14, 2015, as it relates to issues independent of the proposed expert report. *See* Dkt. No. 216.

The request to file a motion to reconsider on the discovery issues is denied. The request does not meet any of the grounds in Civil L.R. 7-9(b).

**IT IS SO ORDERED.**

Dated: November 30, 2015

_____
JAMES DONATO
United States District Judge