UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al*.,<br><br>  Defendants. | Case No. 13-cv-02405-JD (NJV)<br><br>**ORDER DENYING MOTION TO COMPEL**<br><br>Re: Dkt. No. 226 |

Pending before the court is Plaintiff's Motion to Have the Defendant United States Compelled to Produce the Following Documents. (Doc. 226.) Plaintiff seeks an order compelling a response to his Requests for Production numbers 2, 3, 5, and 7. Defendant the United States of America opposes the Motion. (Doc. 231.) For the reasons set forth below, the court denies Plaintiff's Motion.

Request for Production No. 2.

Plaintiff requests the production of "a copy of all documents filed against the VA San Francisco Police Department that alleged misconduct." In responding to this request, Defendant stated that it had conducted a reasonably diligent search and had not located any responsive documents. Plaintiff has not now identified any documents that he believes exist and should have been produced. The court therefore finds no basis on which to compel Defendant to respond further to this request for production.

Request for Production No. 3

Plaintiff requests the production of "all documents from hearings that took place where plaintiff [was] accused of violent misconduct at VA San Francisco and VA Palo Alto." Defendant raised several objections and then indicated that it would produce "documents related to the orders of behavioral restriction placed on plaintiff in addition to police reports concerning plaintiff." In opposing Plaintiff's Motion, Defendant states that it has produced those documents. The court sustains Defendant's objection to producing journal entries for every one of Plaintiff's visits to the medical center on relevance grounds and on the ground that it would be unduly burdensome to produce these entries. (The court notes that Plaintiff references visits to the medical center dating back at least twenty years.) The court finds no basis on which to compel Defendants to respond further to this request for production.

Request for Production No. 5

Plaintiff requests the production of "all documents used from VA Palo Alto that will show that Plaintiff James Ellis Johnson had a behavioral problem from December 2007 to December 2013." Defendant raised several general objections then stated that it would produce documents related to the orders of behavioral restriction placed on plaintiff. In opposing Plaintiff's Motion, Defendant states that it has produced documents related to Plaintiff's OBR and the notes in the VA medical records system regarding Plaintiff's history of misconduct. Plaintiff has not identified any documents that he believes exist and should have been produced. The court therefore finds no basis on which to compel Defendant to respond further to this request for production.

Request for Production No. 7

Plaintiff requests the production of "a copy of the VA San Francisco and VA Palo Alto Patient Representative files on Plaintiff James Ellis Johnson dated from October 1993 to present." Defendant raised several general objections and then stated that it would conduct a reasonably diligent search and produce responsive, non-privileged documents related to plaintiff's order of behavioral restriction or to the January 30, 2012 incident. In opposing Plaintiff's Motion, Defendant states that it has produced those documents. Plaintiff has not identified any documents that he believes exist and should have been produced. The court therefore finds no basis on which

1  to compel Defendant to respond further to this request for production.
2      Accordingly, Plaintiff's Motion is HEREBY DENIED.
3  **IT IS SO ORDERED**.
4
5  Dated:  January 22, 2016
6                                                                                                                     NANDOR J. VADAS
7                                                                                                                     United States Magistrate Judge

United States District Court
Northern District of California