UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JAMES ELLIS JOHNSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 13-cv-02405-JD (NJV)

**ORDER REQUIRING RESPONSE TO MOTION TO COMPEL**

Re: Dkt. No. 224

On September 11, 2015, the court issued a subpoena for the production of documents to Newton Oldfather, Deputy City Attorney. (Doc. 189.) Plaintiff states that the subpoena was served on September 23, 2015. (Doc. 224.) Plaintiff claims that Deputy City Attorney Oldfather has produced only two photos in response to that subpoena. (*Id.*) Plaintiff now moves to compel the production of further documents. (*Id.*) No response to Plaintiff's motion to compel has been filed.

The City and County of San Francisco was once a party to this action, but was dismissed on June 12, 2014. (Doc. 119.) It appears that although no longer a party to this action, the City and County of San Francisco was electronically served with Plaintiff's motion by the Clerk's Office. Due to the City and County's current status as a non-party, it may have been unaware that the motion was directed to it. Although there is a certificate of service attached to Plaintiff's motion, it indicates only that the motion was served on Assistant United States Attorney Robin M. Wall. (Doc. 224, p. 3.)

Accordingly, the City and County of San Francisco is HEREYB ORDERED to respond to Plaintiff's motion to compel (Doc. 224) no later than February 9, 2016. Plaintiff may file a reply

1   to the response no later than February 16, 2016.

2   **IT IS SO ORDERED**.

4   Dated: January 26, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

2