UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  13-cv-02405-JD<br><br>**ORDER** |

The Court sets a case management conference in this matter for **Wednesday, March 16, 2016, at 1:30 p.m.**  Plaintiff and defendant's counsel are expected to appear in person at the conference.  The pretrial conference in this matter remains set for April 2, 2016.

**IT IS SO ORDERED.**

Dated: March 3, 2016

_____
JAMES DONATO
United States District Judge