UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 13-cv-02405-JD<br><br>**ORDER**<br><br>Re: Dkt. No. 254 |

For defendant's motion to extend expert discovery, the deadline to oppose the administrative request to shorten time has passed, and no objection has been filed. Civ. L.R. 7-11(b). The Court grants the request to shorten time. Under Federal Rule of Civil Procedure 16, modification of the case schedule requires only "good cause" and "the judge's consent." Defendant has demonstrated good cause for its request to extend the expert discovery period in order to depose P. Suzanne Maska, M.D. on March 15, 2016. The Court extends the expert discovery period for this limited purpose. The Court denies defendant's request to depose additional witnesses who may be disclosed in the future as too speculative.

**IT IS SO ORDERED.**

Dated: March 9, 2016

_____
JAMES DONATO
United States District Judge