UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 13-cv-02405-JD<br><br>**SUPPLEMENTAL DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 263, 264, 266 |

The United States has represented to the Court that it cannot perform electronic searches of the VA police journal entry files due to limitations of that system. Dkt. No. 264 at 1-2. Each day's entry must be manually printed and reviewed, and so the United States requests relief from the Court's Order directing it to produce all journal entries for the period October 2011 through July 2012.

If Mr. Johnson still wants discovery of pertinent VA police journal entry records, he should provide the United States with a list of dates of his VA medical center visits in the period October 2011 through July 2012. The United States will produce the records for all of those dates. If there is a date that Mr. Johnson is not certain of, or which does not retrieve a record, the United States should check the records a week before and a week after the requested date, to attempt to find the relevant record. Only the relevant records need to be produced.

**IT IS SO ORDERED.**

Dated: March 21, 2016

JAMES DONATO
United States District Judge