UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 13-cv-02405-JD<br><br>**ORDER DENYING UNTIMELY MISCELLANEOUS MOTION**<br><br>Re: Dkt. No. 295 |

On April 21, 2016, four days before trial in this matter began, pro se plaintiff James Johnson filed a motion for "summary judgment" and to strike defendant's "defense for reason of fraud on the court." Dkt. No. 295. The Court has serious doubts about the merits of either motion but denies them as untimely and effectively mooted by the trial.

**IT IS SO ORDERED.**

Dated: April 27, 2016

JAMES DONATO
United States District Judge