UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 13-cv-02405-JD<br><br>**ORDER RE RECONSIDERATION AND TRIAL EXHIBITS**<br><br>Re: Dkt. Nos. 300, 301 |

　　　　Plaintiff asks the Court to reconsider the denial of summary judgment. Dkt. No. 300. The grounds for the request are largely unintelligible and the submission is again full of the invective and disparaging comments that the Court has previously advised plaintiff not to make in his filings. The request is denied for failure to comply with, or meet the standards of, Civil Local Rule 7-9.

　　　　Plaintiff also raises late objections to certain exhibits admitted at trial. Dkt. No. 301. The objections are overruled as untimely and because they lack any substantive merit under the Federal Rules of Evidence.

　　　　The Court is disappointed to see that plaintiff continues to use disparaging and abusive language in his filings. The Court has warned plaintiff on several prior occasions that such language is unacceptable and completely unhelpful to the resolution of this dispute. Plaintiff has refused to follow the Court's admonition. From this date on, **any filing that contains disparaging comments about opposing counsel or the Court will be stricken from the record without further consideration.** Plaintiff is also advised that if he continues to flout this rule, the Court will require his proposed filings to be pre-screened and approved before they are filed in the record.

The Court will immediately impose this procedure if plaintiff continues to submit abusive pleadings.

**IT IS SO ORDERED.**

Dated: May 10, 2016

JAMES DONATO
United States District Judge