1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ELLIS JOHNSON,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Case No.  13-cv-02405-JD

**ORDER RE TRIAL TRANSCRIPT AND POST-TRIAL BRIEFING SCHEDULE**

At trial, defendant United States agreed to provide a copy of the trial transcript to the plaintiff.  Dkt. No. 298.  The Court directs the court reporter to provide copies of the trial transcripts (Dkt. Nos. 303, 304) to plaintiff at the United States' expense.

The court reporter is asked to advise the Court when the transcript copies are provided to Mr. Johnson.  The Court will extend the deadline for the parties to submit their simultaneous post-trial briefs to a date thirty days after the transcripts are provided to Mr. Johnson.  The Court reiterates that the post-trial briefs will be no longer than 15 pages, should address only the evidence presented at trial and explain its import under the law, and that no opposition or reply briefs may be filed without the Court's consent.

      **IT IS SO ORDERED.**

Dated: May 17, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No.  13-cv-02405-JD<br><br>**CERTIFICATE OF SERVICE** |

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on May 18, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Ellis Johnson
1819 Golden Gate Avenue, #12
San Francisco, CA 94115

Dated: May 18, 2016

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO