UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ELLIS JOHNSON,

        Plaintiff,

   v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 13-cv-02405-JD

**ORDER RE MOTION FOR RECONSIDERATION/NEW TRIAL**

Plaintiff James Johnson's request for reconsideration and a new trial, Dkt. No. 328, is denied. Plaintiff has not demonstrated any grounds for reconsideration under Civil Local Rule 7-2(b), and the Court has already denied an earlier motion for a new trial. Dkt. No. 325. A judgment following trial has been entered and plaintiff has filed a notice of appeal. He is advised that there is no further relief available in this Court.

**IT IS SO ORDERED.**

Dated: November 7, 2016

JAMES DONATO
United States District Judge