United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al,<br><br>　　　　　Defendants. | Case No. 13-cv-02405-JD<br><br>**ORDER RE BILL OF COSTS**<br><br>Re: Dkt. Nos. 337, 339 |

Pro se plaintiff James Johnson takes issue with the Clerk's entry of taxed costs in the amount of $2,753.91 against the United States. Dkt. Nos. 337, 339. The Court treats his filings as a motion for review under Federal Rule of Civil Procedure 54(d)(1). The taxed sum of $2,753.91 is correct, and several claimed costs were properly denied:

(1) The Fees of the Clerk were appropriately reduced from $450 to $400, which is the filing fee actually paid. Civ. L.R. 54-3(a).

(2) Johnson did not provide documentation for Fees for Service and Summons of Subpoena. The $250 request for those fees was properly denied. Civ. L.R. 54-1(a).

(3) Johnson requested $10,450 for the "cost for typing all court doc's." Dkt. No. 331 at 6-7. Those expenses are not allowed under 28 U.S.C. § 1920 or Civil Local Rule 54-3(d).

(4) Expert witness fees are not allowed under Civil Local Rule 54-3(e). The fees for witnesses were properly reduced to $950, which represents compensable transportation and subsistence costs. 28 U.S.C. § 1821; Civ. L.R. 54-3(e). The $249.94 requested for Johnson's travel to the deposition of his medical expert was properly excluded under Civil Local Rule 54-3(c).

(5) Johnson requested $936.19 in postal fees and $951.25 in various office supplies, among other costs of reproducing and exemplifying documents. The

Clerk properly excluded these costs, leaving $1,403.91 for costs of reproducing documents as outlined in Civil Local Rule 54-3(d).

**IT IS SO ORDERED.**

Dated: February 9, 2017

JAMES DONATO
United States District Judge